No. 136. LLOYD v. COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit de-

718

nied. *Jesse R. Fillman* and *Wm. Clarke Mason* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Morton K. Rothschild* for respondent.